# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

NINA L. TARANDA,  )
                        )
        Plaintiff,  )
                        )      NO.  CV-09-181-JPH
    vs.  )
                        )      **JUDGMENT IN A**
MICHAEL J. ASTRUE,  )        **CIVIL CASE**
Commissioner of Social Security,  )
                        )
        Defendant.  )
                        )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 3rd day of August, 2010.

                            JAMES R. LARSEN
                            District Court Executive/Clerk


                            By: _____
                                  Deputy Clerk

cc: all counsel